1 SANDRA R. BROWN
Assistant United States Attorney
2 DOROTHY A. SCHOUTEN
Assistant United States Attorney
3 Chief, Civil Division
4 ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
5 Chief, General Civil Section
6 AMANDA SCHAPEL, CSBN 271295
Special Assistant United States Attorney
7     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8983
     Facsimile: (415) 744-0134
     Email: Amanda.Schapel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HELIDA NAVARRO, | ) No. 2:16-CV-05744-JLS-JEM |
| | ) |
| Plaintiff, | ) [**PROPOSED**] |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security[1], | ) |
| | ) |
| Defendant. | ) |

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| 1 | The Court having approved the parties' Stipulation to Voluntary Remand |
| 2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment |
| 3 | ("Stipulation to Remand") lodged concurrent with the lodging of the within |
| 4 | Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND** |
| 5 | **DECREED** that the above-captioned action is remanded to the Commissioner of |
| 6 | Social Security for further proceedings consistent with the Stipulation to Remand. |

DATED: April 11, 2017

*/s/ John E. McDermott*
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE