Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIDA NAVARRO, | CASE NO.: 2:16-cv-05744-JLS-JEM |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($3,250.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: 6/19/2017

_____
HON. JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-